**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03270-REB-MJW

DENNIS HEATON,

    Plaintiff,

v.

SMITH AND NEPHEW, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on plaintiff's **Rule 41(a) Notice of Dismissal Without Prejudice** [#11][1] filed February 13, 2014. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Rule 41(a) Notice of Dismissal Without Prejudice** [#11] filed February 13, 2014, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE** .

Dated February 13, 2014, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Bob Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management system and electronic case filing (CM/ECF). I use this convention throughout this order.